Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−12945−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Clay Williams
94 Smith Street
Irvington, NJ 07111

Varshay Williams
94 Smith Street
Irvington, NJ 07111

Social Security No.:
   xxx−xx−1975

   xxx−xx−4638

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                4/16/20
Time:                08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 3, 2020
JAN: rh

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                            Case No. 20-12945-VFP
Clay Williams                                                     Chapter 13
Varshay Williams
            Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1                  Date Rcvd: Mar 03, 2020
                              Form ID: 132             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db/jdb         +Clay Williams,    Varshay Williams,    94 Smith Street,    Irvington, NJ 07111-2023
518725869      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
518725870      +Erie Lackawanna Railro,    89 Washington St Ste 3,     Hoboken, NJ 07030-4526
518725872      +Jersey Central Fcu,    Po Box 661,    Cranford, NJ 07016-0661
518725873      +Mattleman, Weinroth & Miller Pc,    Garyl C Spivak, Esq.,    401 Route 70 E, Ste 100,
                 Cherry Hill, NJ 08034-2410
518725876      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
518725877      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518725878      +T-mobile,    P.O Box 790047,    Saint Louis, MO 63197-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518737557       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 00:22:35
                 Ashley Funding Services, LLC,    Resurgent Capital Services,     PO Box 10587,
                 Greenville, SC 29603-0587
518725867      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 04 2020 00:20:48
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd,    5th floor,    Miami, FL 33146-1873
518725868      +E-mail/Text: bankruptcy.notifications@fisglobal.com Mar 04 2020 00:20:42       Chex System,
                 7805 Hudson Road,    suite 100,    Saint Paul, MN 55125-1703
518725871      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 04 2020 00:19:36       Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
518725874      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 04 2020 00:20:10      Midland Credit Management,
                 Po Box 2011,    Warren, MI 48090-2011
518725875      +E-mail/Text: csc.bankruptcy@amwater.com Mar 04 2020 00:21:04      New Jersey American Water,
                 Po Box 578,    Alton, IL 62002-0578
518725879       E-mail/Text: DASPUBREC@transunion.com Mar 04 2020 00:19:11      TransUnion,
                 555 W. Adams Street,    Chicago, IL 60661
518725880      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 00:23:22       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
              Brian S Fairman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC A DELAWARE LIMITED
               LIABILITY COMPANY bkecfinbox@aldridgepite.com,    BSF@ecf.courtdrive.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Joint Debtor Varshay  Williams michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Michelle Labayen    on behalf of Debtor Clay  Williams michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```