UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Labayen
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

Order Filed on March 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Clay Williams and Varshay Williams

Debtors.

| | |
|---|---|
| Case No.: | 20-12945 |
| Chapter: | 13 |
| Judge: | Vincent F. Papalia |

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 12, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of _____ Michelle Labayen _____ for the reduction of time for a hearing on __Motion to Impose the Automatic Stay 11 U.S.C 362(c)(3)_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __March 19, 2020_____ at ___10:00am___ in the United States Bankruptcy Court, __50 Walnut Street, Newark, NJ 07102_____,

Courtroom No. ___3B_____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

_All secured creditors and their counsel, if known;_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

(if available)
☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_All other creditors and their counsel, if known;  The Chapter 13 Standing Trustee and any other party that_

_filed a Notice of Appearance in the case_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1_____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail

    \_\_\_\_\_1_____ day(s) prior to the scheduled hearing; or

    ☐  may be presented orally at the hearing.

8.    ☒  Court appearances are required to prosecute the motion/application and any objections.

    ☒  Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*