UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Labayen
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

Order Filed on March 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Clay Williams and Varshay Williams

Debtors.

Case No.: 20-12945

Chapter: 13

Judge: Vincent F. Papalia

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 12, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of _____ Michelle Labayen _____ for the reduction of time for a hearing on  Motion to Impose the Automatic Stay 11 U.S.C 362(c)(3) _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __March 19, 2020__ at __10:00am__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, NJ 07102__, Courtroom No. __3B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All secured creditors and their counsel, if known;

by ☒ each, ☐ any of the following methods selected by the Court:

(if available)
☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other creditors and their counsel, if known; The Chapter 13 Standing Trustee and any other party that filed a Notice of Appearance in the case

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail \_\_\_\_1\_\_\_\_ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                                          Case No. 20-12945-VFP
Clay Williams                                                                   Chapter 13
Varshay Williams
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                 Page 1 of 1              Date Rcvd: Mar 12, 2020
                               Form ID: pdf903             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db/jdb         +Clay Williams,    Varshay Williams,    94 Smith Street,    Irvington, NJ 07111-2023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              Brian S Fairman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC A DELAWARE LIMITED
               LIABILITY COMPANY bkecfinbox@aldridgepite.com,   BSF@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle  Labayen    on behalf of Joint Debtor Varshay  Williams michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Michelle  Labayen    on behalf of Debtor Clay  Williams michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6