UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Labayen
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Clay Williams and Varshay Williams

| | |
|---|---|
| Case Number: | 20-12945 |
| Hearing Date: | 3/19/2020 |
| Judge: | Vincent F. Papalia |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 26, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been presented to the Court by ____Michelle Labayen____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*