| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Michelle Labayen<br>Law Office of Michelle Labayen PC<br>24 Commerce Street<br>SUITE1300<br>Newark, NJ 07102<br>973-622-1584<br>michelle@labayenlaw.com | Order Filed on June 9, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CLAY AND VARSHAY WILLIAMS | Case No.: 20-12945<br><br>Adv. No.:<br><br>Judge: Vincent Papalia |

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: June 9, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2 Case # 20-12945 Clay and Varshay Williams Order to Approve Loan Modification**

The Debtors, Clay and Varshay Williams having moved this Court for an Order approving a Loan Modification Agreement regarding the first mortgage held by Kondaur Capital Corpotation against the Debtors' residence and all creditors and the Chapter 13 trustee having been given more than thirty (30) days notice by mail of the proposed Loan Modification, and no one having appeared in opposition thereto, and it appearing that the said settlement is proper and in the best interest of the estate, on motion of the debtor herein, it is after presentment of this Order

**ORDERED,** the debtor will provide for the filing of an Amended J within seven (7) days of the signed Order Approving the Loan Modification.

**ORDERED,** that the debtor herein, be hereby is authorized to enter into the Loan Modification as set forth in the application in support thereof.