UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Michelle Labayen
Law Office of Michelle Labayen PC
24 Commerce Street
SUITE1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

Order Filed on June 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CLAY AND VARSHAY WILLIAMS

Case No.: 20-12945

Adv. No.:

Judge: Vincent Papalia

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: June 9, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2 Case # 20-12945 Clay and Varshay Williams Order to Approve Loan Modification**
_____

The Debtors, Clay and Varshay Williams having moved this Court for an Order approving a Loan Modification Agreement regarding the first mortgage held by Kondaur Capital Corpotation against the Debtors' residence and all creditors and the Chapter 13 trustee having been given more than thirty (30) days notice by mail of the proposed Loan Modification, and no one having appeared in opposition thereto, and it appearing that the said settlement is proper and in the best interest of the estate, on motion of the debtor herein, it is after presentment of this Order

**ORDERED,** the debtor will provide for the filing of an Amended J within seven (7) days of the signed Order Approving the Loan Modification.

**ORDERED,** that the debtor herein, be hereby is authorized to enter into the Loan Modification as set forth in the application in support thereof.

```
                            United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                              Case No. 20-12945-VFP
Clay Williams                                                       Chapter 13
Varshay Williams
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 09, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2020.
db/jdb         +Clay Williams,    Varshay Williams,    94 Smith Street,    Irvington, NJ 07111-2023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2020 at the address(es) listed below:
              Brian S Fairman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC A DELAWARE LIMITED
               LIABILITY COMPANY bkecfinbox@aldridgepite.com,    BSF@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Joint Debtor Varshay  Williams michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Michelle Labayen    on behalf of Debtor Clay  Williams michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6