UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No.: 20-12945 |
| Clay Williams and Varshay Williams, Debtor(s). | Chapter 7 |
| | Judge: Papalia |

**NOTICE OF PROPOSED ABANDONMENT**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on December 8, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 94 Smith Street, Irvington, NJ 07111

Value of property: $ 180,000 (per 4/29/18 appraisal) (NJ Tax Records $145,303)

Less about 10% costs of sale: $ 18,000

Liens on property: $ 465,233.36 (per Security Retention Agreement)

Amount of equity claimed as exempt: $ 0

Objections must be served on, and requests for additional information directed to:

Name:        Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC
Address:     101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950
Telephone:   973.267.0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 20-12945-VFP
Clay Williams                                                                     Chapter 7
Varshay Williams
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Nov 04, 2020      Form ID: pdf905      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clay Williams, Varshay Williams, 94 Smith Street, Irvington, NJ 07111-2023 |
| cr | + | PROBER & RAPHAEL, A LAW CORPORATION, claimant Kondaur Capital Corporation, Bonni S. Mantovani, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 518725869 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 518725870 | + | Erie Lackawanna Railro, 89 Washington St Ste 3, Hoboken, NJ 07030-4526 |
| 518725872 | + | Jersey Central Fcu, Po Box 661, Cranford, NJ 07016-0661 |
| 518807981 | | Kondaur Capital Corporation, et al, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |
| 518725873 | + | Mattleman, Weinroth & Miller Pc, Garyl C Spivak, Esq., 401 Route 70 E, Ste 100, Cherry Hill, NJ 08034-2410 |
| 518725876 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 518725877 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518725878 | + | T-mobile, P.O Box 790047, Saint Louis, MO 63197-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2020 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2020 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518737557 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2020 21:38:39 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518725867 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 04 2020 21:42:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th floor, Miami, FL 33146-1873 |
| 518725868 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Nov 04 2020 21:42:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 518725871 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2020 21:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518725874 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2020 21:41:00 | Midland Credit Management, Po Box 2011, Warren, MI 48090-2011 |
| 518725875 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 04 2020 21:42:00 | New Jersey American Water, Po Box 578, Alton, IL 62002-0578 |
| 518725879 | | Email/Text: DASPUBREC@transunion.com | Nov 04 2020 21:39:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 518725880 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 04 2020 21:39:10 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S Fairman | on behalf of Creditor BAYVIEW LOAN SERVICING LLC A DELAWARE LIMITED LIABILITY COMPANY bkecfinbox@aldridgepite.com, BSF@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michelle Labayen | on behalf of Joint Debtor Varshay Williams michelle@labayenlaw.com silvia@labayenlaw.com;giovanna@labayenlaw.com |
| Michelle Labayen | on behalf of Debtor Clay Williams michelle@labayenlaw.com silvia@labayenlaw.com;giovanna@labayenlaw.com |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7