**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Clay Williams | Social Security number or ITIN  xxx–xx–1975 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Varshay Williams | Social Security number or ITIN  xxx–xx–4638 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20-12945-VFP | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Clay Williams                                         Varshay Williams

11/25/20                                              **By the court:**  Vincent F. Papalia
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-12945-VFP |
| Clay Williams | Chapter 7 |
| Varshay Williams | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 25, 2020 | Form ID: 318 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clay Williams, Varshay Williams, 94 Smith Street, Irvington, NJ 07111-2023 |
| cr | + | PROBER & RAPHAEL, A LAW CORPORATION, claimant Kondaur Capital Corporation, Bonni S. Mantovani, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 518725869 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 518725870 | + | Erie Lackawanna Railro, 89 Washington St Ste 3, Hoboken, NJ 07030-4526 |
| 518725872 | + | Jersey Central Fcu, Po Box 661, Cranford, NJ 07016-0661 |
| 518807981 | | Kondaur Capital Corporation, et al, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |
| 518725873 | + | Mattleman, Weinroth & Miller Pc, Garyl C Spivak, Esq., 401 Route 70 E, Ste 100, Cherry Hill, NJ 08034-2410 |
| 518725876 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 518725877 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518725878 | + | T-mobile, P.O Box 790047, Saint Louis, MO 63197-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2020 23:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2020 23:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518737557 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2020 23:42:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518725867 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 25 2020 23:19:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th floor, Miami, FL 33146-1873 |
| 518725868 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Nov 25 2020 23:19:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 518725871 | + | EDI: IRS.COM | Nov 26 2020 02:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518725874 | + | EDI: MID8.COM | Nov 26 2020 02:18:00 | Midland Credit Management, Po Box 2011, Warren, MI 48090-2011 |
| 518725875 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 25 2020 23:19:00 | New Jersey American Water, Po Box 578, Alton, IL 62002-0578 |
| 518725879 | | Email/Text: DASPUBREC@transunion.com | Nov 25 2020 23:15:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 518725880 | + | EDI: AIS.COM | Nov 26 2020 02:18:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

Case 20-12945-VFP    Doc 66    Filed 11/27/20    Entered 11/28/20 00:25:45    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Nov 25, 2020 | Form ID: 318 | Total Noticed: 20 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020                             Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian S Fairman | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC A DELAWARE LIMITED LIABILITY COMPANY bkecfinbox@aldridgepite.com, BSF@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michelle Labayen | on behalf of Joint Debtor Varshay Williams michelle@labayenlaw.com  silvia@labayenlaw.com;giovanna@labayenlaw.com |
| Michelle Labayen | on behalf of Debtor Clay Williams michelle@labayenlaw.com  silvia@labayenlaw.com;giovanna@labayenlaw.com |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7